# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RAYMOND CAMACHO,

    Plaintiff,

v.                                                      Case No: 8:22-cv-394-WFJ-MRM

SP MANAGEMENT SERVICES, INC.,

    Defendant.
_____/

## O R D E R

    The Court has been advised by **the Notice of Settlement (Dkt. 19)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D.Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

    **DONE** and **ORDERED** in Tampa, Florida on August 12, 2022.

                                                        s/*William F. Jung*
                                                         **WILLIAM F. JUNG**
                                                         **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record